UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TIMOTHY SHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:19-CV-086 |
| v. ) | |
| ) | Judge Collier |
| MITZIA WADDILL, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk is **DIRECTED** to send a copy of this judgment order and the memorandum opinion to all addresses listed in Plaintiff's complaint [Doc. 2 at 3]. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

There being no remaining issues, the Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ *John L. Medearis*
 CLERK OF COURT